1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| JONAS DAHLGREN; AND STUART FARBER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                               Plaintiffs,<br><br>        vs.<br><br>JP MORGAN CHASE & CO.,<br><br>                               Defendant. | CASE NO. 12cv2367-GPC(BGS)<br><br>**ORDER LIFTING STAY AND SETTING STATUS HEARING** |

17
18
19
20
21
22
23
24
25

        On June 11, 2014, the Court granted Defendant's unopposed motion for a stay pending the resolution of Coker v. JP Morgan Chase Bank, N.A., 159 Cal. Rptr. 3d 555 (2013) review granted and opinion supersede sub nom. Coker v. Jp Morgan Chase Bank, N.A., 164 Cal. Rptr. 3d 413 (2013).  (Dkt. No. 50.)  The parties were directed to inform the Court within 5 days of the Supreme Court's decision; however they did not.  (Id.)  The Court notes that Coker v. JP Morgan Chase Bank, N.A., 62 Cal. 4th 667, (2016) was decided on January 21, 2016, four months ago.  Accordingly, the Court LIFTS the stay in the case and sets a status hearing on **May 31, 2016 at 1:30 p.m.** in

26

/ / / /

27

/ / / /

28

/ / / /

1    Courtroom 2D.

2         IT IS SO ORDERED.

3

4    DATED:  May 27, 2016

5
                              _____
6                             HON. GONZALO P. CURIEL
                              United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28